UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK d/b/a/ US PREMIUM FINANCE, a Georgia banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BERTOLINO INSURANCE AGENCY INC. d/b/a PROPERTY SHIELD INSURANCE BROKERAGE, a California corporation; and JOSEPH STEWART BERTOLINO, an individual; and DOES 1 through 21, inclusive,<br><br>Defendants. | No. 2:26-cv-00901 DAD AC<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u><br><br>(Doc. Nos. 15, 17) |

Plaintiff initiated the above-entitled action by filing its complaint on March 13, 2026. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On May 13, 2026, at the request of plaintiff, a Clerk's entry of default was entered as to defendants. (Doc. No. 12.) Thereafter, on June 12, 2026, plaintiff moved for an entry of default judgment against defendants. (Doc. No. 15.) On August 17, 2026, the magistrate judge issued filed findings and recommendations recommending that plaintiff's motion for entry of default judgment be granted and that judgment be entered in plaintiff's favor in the amount of

/////

$378,019.87, plus attorneys' fees and costs in an amount to be subsequently determined. (Doc. No. 17.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.* at 7–8.) No objections to the findings and recommendations have been filed with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued August 17, 2026 (Doc. No. 17), are adopted in full; and
2. Plaintiff's motion for default judgment (Doc. No 15) is granted and the Clerk of the Court is directed to enter judgment in plaintiff's favor in the amount of $378,019.87, plus attorneys' fees and costs in an amount to be subsequently determined.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE